UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**REQUEST FOR EXTENSION OF TIME TO FILE ANSWER**

FILED by ___ D.C.
MAR 1 6 2009
STEVEN M. LARIMORE
CLERK U S. DIST CT
S. D. of FLA. - MIAMI

SCS Alexandre ET CIE,    CASE NO. 08-cv-81443-HURLEY

Plaintiff(s),

v.

LANA MARKS LTD., INC., a Florida Corp.

Defendant

**LANA MARKS LTD., INC, a Florida Corp,** hereby requests a grant of extension of time to file a response to this complaint due to circumstances of negotiations with the Plaintiff's attorney. We are currently trying to work this case out without having to involve the judicial process. We were in the understanding that this complaint was put on hold due to negotiations between the two parties.

By: _____
Lana J. Marks/Pro Se Quo
LANA MARKS LTD, INC.

cc: Counsel of Record