# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No.: 9:08-CV-81443-HURLEY/HOPKINS

SCS ALEXANDRE ET CIE d/b/a PRETTY )
YOU MONACO, a foreign corporation, )
)
      Plaintiff, )
)
v. )
)
LANA MARKS LTD, INC., )
a Florida corporation, )
)
      Defendant. )
)

## PLAINTIFF PRETTY YOU'S MOTION TO STRIKE DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE ANSWER AND MEMORANDUM IN SUPPORT

Plaintiff, SCS ALEXANDRE ET CIE d/b/a PRETTY YOU MONACO ("Pretty You"), by and through its undersigned attorneys, brings this Motion to Strike Defendant LANA MARKS LTD., INC.'s ("Lana Mark's") Request for Extension of Time to File Answer and states as follows:

1.    In December of 2008, Plaintiff Pretty You filed its Complaint against Defendant Lana Marks, a Florida corporation with its principal place of business in Palm Beach County, Florida. Prior to that filing, the parties were engaged in settlement discussions which ultimately proved futile. Plaintiff's counsel informed Ms. Lana Marks, the principal of Lana Marks, that Plaintiff would file and serve the Complaint upon the breakdown of settlement discussions.

2.    After the breakdown of settlement discussions, Defendant was served with the Complaint and accompanying documents on January 20, 2009.

3. The parties resumed settlement discussions after Lana Marks was served with the Complaint, but Plaintiff's counsel made clear on numerous occasions that it would continue pursuing the litigation, including seeking the entry of a default judgment at the appropriate time. Settlement discussions have since ceased.

4. On February 23, 2009, Plaintiff filed a copy of the return of service on Defendant filed with this Court.

5. On February 24, 2009, Plaintiff moved for entry of default attaching a copy of the return of service on Defendant filed with this Court and the Affidavit of Plaintiff's attorney of record, Phillip E. Dubé.

6. On March 9, 2009, the Clerk entered a default as to Lana Marks.

7. On March 16, 2009, Lana Marks filed a document entitled "Request for Extension of Time to File Answer" indicating that the parties "are currently trying to work this case out."[1] This document was filed *pro se* by Lana Mark's principal Ms. Lana Marks.

8. Lana Marks, a corporation, may not appear *pro se* in a matter before this Court: "[i]t has been the law for the better part of two centuries . . . that a corporation may appear in federal courts only through licensed counsel." *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993); *see also United States v. High County Broadcasting Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) ("[a] corporation may appear in federal court only through licensed counsel").

---

[1] The "Request" misstates the facts as the parties are not actively engaged in settlement discussions. Further, Plaintiff's counsel has continued to make clear that any discussions will not affect the progress of the litigation. Finally, the "Request" is deficient in so far as it fails to provide a firm date as a new deadline for Lana Marks' response.

LAW OFFICES
BECKER & POLIAKOFF, P.A.
3111 STIRLING ROAD • FORT LAUDERDALE, FL 33312-6525
TELEPHONE (954) 987-7550

9. Therefore, Pretty You asks this Court to strike Lana Mark's "Request." *See Donovan v. Road Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1984) (affirming trial court's striking of corporation's pleadings where corporation's sole shareholder, a non-lawyer, represented corporation); *see also Liberty Mutual Ins. Co. v. Hurricane Logistics Co.*, 216 F.R.D. 14, 16 n.3 (D.D.C. 2003); *McGaughy v. Kitchens Airfreight, Inc.*, 2006 WL 3770510, 2:06-cv-320 at *1 (M.D. Ala. 2006).

10. Upon the striking of Lana Mark's "Request," Plaintiff intends on filing a motion for entry of default judgment to resolve this matter.

WHEREFORE, Plaintiff Pretty You moves this Court to strike Lana Marks' "Request for Extension of Time to File Answer."

Dated March 18, 2009.

Respectfully submitted,

By: /s Phillip E. Dubé
GARY C. ROSEN
Florida Bar No. 310107
GRosen@becker-poliakoff.com
PHILLIP E. DUBÉ
Florida Bar No. 0036997
PDube@becker-poliakoff.com
PETER A. QUINTER
Florida Bar No. 821608
PQuinter@becker-poliakoff.com

BECKER & POLIAKOFF, P.A.
3111 Stirling Road
Fort Lauderdale, FL 33312-6525
Tele: 954-987-7550, Fax: 954-985-4176

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2009, I electronically filed the foregoing Motion with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on LANA MARKS LTD., INC., c/o Registered Agent: Lana J. Marks, 125 Worth Ave., Suite 221, West Palm Beach, FL 33480, who is not authorized to receive electronically Notices of Electronic Filing, by first-class mail, postage prepaid.

                                              /s Phillip E. Dubé
                                              PHILLIP E. DUBÉ
                                              Florida Bar No. 0036997
                                              PDube@becker-poliakoff.com

FTL_DB: P12884/122634:1179290_1_PDUBE