UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-81443-CV-HURLEY/HOPKINS

SCS ALEXANDRE ET CIE d/b/a PRETTY
YOU MONACO, a foreign corporation,

      Plaintiff,

vs.

LANA MARKS LTD., INC.,
a Florida corporation,

      Defendant.

_____/

## DECLARATION OF CHRISTINE WRIGHT

Christine Wright, declares under the penalty of perjury the following:

1. I am the accounting manager for Lana Marks Ltd., Inc., the Defendant in this action. I am the day to day manager at Lana Marks Ltd., Inc. I have no legal training nor have I ever had to handle or be involved with a lawsuit before in federal court.

2. Upon receiving a copy of the complaint, I called the chambers of Judge Daniel Hurley and spoke with someone named Theresa. I told her that I had received some kind of motion saying that Lana Marks Ltd. Inc. needed to answer the complaint. She suggested that we file a request for an extension of time. I filled out the Request and sent it overnight delivery to the Court.

3. Afterward, I received a copy of the Court's Order setting Trial Date & Discovery Deadlines. This Order contains a date for trial of January 11, 2010. I understood this date to mean that Lana Marks Ltd., Inc. did not have to submit any response until trial as that would be when the company would present its defenses. I informed Lana Marks, the

owner of our company of the January, 2010 trial date and told her no response was needed until then. I understand now that my understanding was completely incorrect. I submit that my misunderstanding was excusable neglect and ask that any default be removed so that the case may be defended.

4.  Lana Marks Ltd. Inc., upon receiving the Court's Order to Show Cause, understands that it must retain counsel and it has now done so. In addition, the company will now file the requisite answers and so forth in accordance with the law.

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 USC Sec. 1746.

Executed on this _____ day of May, 2009.

Christine Wright

2