UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-81443-CIV-HURLEY/HOPKINS

SCS ALEXANDRE ET CIE,

    Plaintiff,

v.

LANA MARKS LTD., INC.,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTIONS TO VACATE ENTRY OF DEFAULT, DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, AND VACATING ENTRY OF CLERK'S DEFAULT

**THIS CAUSE** is before the court upon defendant Lana Marks Ltd., Inc.'s motions to vacate entry of default [DE # 21, 26] and plaintiff's motion for default judgment [DE # 18].

After Lana Marks failed to timely respond to the complaint, clerk's default was entered on March 9, 2009. *See* DE # 9. Plaintiff then filed a motion for default judgment, and the court issued an order to show cause why the motion should not be granted. *See* DE # 18, 19. Counsel for the defendant then appeared and filed the instant motions to vacate the clerk's default.

Whether Lana Marks has demonstrated good cause justifying vacatur of the clerk's default pursuant to Fed. R. Civ. P. 55(c) is perhaps questionable. Nevertheless, it appears that Lana Marks intends to assert a colorable defense to the allegations in the complaint, and that plaintiff would not be unfairly prejudiced were Lana Marks permitted to do so. Moreover, there is a strong preference that cases be determined on the merits wherever possible. *See Owens v. Benton*, 190 Fed. App'x 762, 763 (11th Cir. 2006); *Enron Oil Corp. v. Diakuhara*, 10 F.3d 90, 95 (2d Cir. 1993); *Gulley v. Orr*, 905 F.2d 1383, 1386 (10th Cir. 1990); *Heritz v. Woma Corp.*, 732 F.2d 1178, 1180-81 (3d Cir.

Order Granting Defendant's Motions to Vacate Default and Denying Plaintiff's Motion for Default Judgment
SCS Alexandre et Cie v. Lana Marks Ltd., Inc.
Case No. 08-81443-CIV-HURLEY/HOPKINS

1984).

    Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1.     Defendant's motions to vacate default [DE # 21, 26] are **GRANTED**.

2.     The default entered by the Clerk on March 9, 2009 [DE # 9] is **VACATED**. Defendant is directed to file its response to the complaint separately in the court file within **FIVE (5) DAYS** of entry of this order.

3.     Plaintiff's motion for default judgment [DE # 18] is **DENIED**.

    **DONE** and **ORDERED** in Chambers in West Palm Beach, Florida, this 8th day of June, 2009.

                                          Daniel T. K. Hurley
                                          U.S. District Judge

*Copies provided to counsel of record*