EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:08-CV-81443-HURLEY/HOPKINS

SCS ALEXANDRE ET CIE,

      Plaintiff,

v.

LANA MARKS LTD, INC.,

      Defendant.
_____/

## ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER

**THIS CAUSE** is before the court upon the parties' stipulated motion to amend the scheduling order [D.E. 32]. Upon consideration of the motion, the court finds that the parties have shown good cause for an extension of the deadlines in the scheduling order.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1. The parties' stipulated motion to amend the scheduling order [D.E. 32] is **GRANTED**.

2. This case is set for trial on the **April 2010 Trial Calendar** (3 week docket) which commences on _____. Counsel for all parties shall appear at a calendar call commencing at _____ on _____, in courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

3. The remaining provisions and deadlines in the Scheduling Order shall remain effective. Unless amended by subsequent order, the following deadlines shall apply.

| | |
|---|---|
| Rule 14 and Rule 19 Motions | 180 days before calendar call |

Rule 26(a)(2) Expert Testimony Disclosures	90 days before calendar call

   [**This includes the Rule 26(a)(2)(B) requirement for the disclosure of written expert reports which conform to the prescriptions of this Rule. This requirement will be strictly enforced.]

Summary Judgment Motions	90 days before calendar call

   [**This deadline will be strictly enforced.  Motions for extension of time to file the motion or response will not be granted absent exceptional cause.]

Mediation Conference	60 days before calendar call

Rule 26(a)(3) Witness and Exhibit List Exchange	30 days before calendar call

Discovery Cutoff	10 days before calendar call

Motions in Limine	5 days before calendar call

Pretrial Stipulation	5 days before calendar call
	(note Local Rule 16.1E)

Exhibit Inspection	5 days before calendar call

   [**All exhibits listed on each party's Rule 26(a)(3) disclosures must be made available for inspection and/or copying by the opposing party(s) by this date.]

Voir Dire Questions	First day of jury trial

Jury Instructions	First day of jury trial

Proposed Findings of Fact & Conclusions of Law   First day of non-jury trial

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this \_\_\_\_ day, of _____, 2009.

_____
Daniel T. K. Hurley
United State District Judge

*Copy provided counsel*
ACTIVE: 2679923_1