IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
- WEST PALM BEACH DIVISION -

CASE NO.: 08-81443-CV-HURLEY/HOPKINS

SCS ALEXANDRE ET CIE d/b/a
PRETTY YOU MONACO,
a foreign corporation,

        Plaintiff,

vs.

LANA MARKS LTD, INC.,
a Florida Corporation,

        Defendant.
_____/

## AGREED ORDER GRANTING JOINT MOTION TO STAY ACTION PENDING FINALIZATION AND PERFORMANCE OF SETTLEMENT AGREEMENT

THIS CAUSE is before the Court upon the parties' Joint Motion to Stay Action Pending Finalization and Performance of Settlement Agreement, dated January 25, 2010 [DE 37]. Upon consideration of the Motion, the Court finds that the parties have shown good cause for staying the action for thirty (30) days pending finalization and performance of a Settlement Agreement.

Accordingly, it is hereby ORDERED and ADJUDGED that:

1. The parties' Joint Motion to Stay Action Pending Finalization and Performance of Settlement Agreement, dated January 25, 2010 [DE 37] is GRANTED;

2. This action is hereby stayed for thirty (30) days from the date of this Order;

3. After thirty (30) days, if it becomes necessary, either party by separate motion may ask the Court to Amend the Scheduling Order and set the case back on the Court's Trial Calendar.

DONE AND ORDERED this 25th day of January, 2010.

                                                              Hon. Judge Daniel T.K. Hurley
                                                              United States District Court Judge

cc:  Hon. James M. Hopkins
      U.S. Magistrate Judge

      John C. Dotterrer, Esq.
      Philip E. Dubé, Esq.