UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-81443-CIV-HURLEY/HOPKINS

SCS ALEXANDRE ET CIE,

    **Plaintiff,**

v.

LANA MARKS LTD., INC.,

    **Defendant.**
_____/

### ORDER DENYING JOINT MOTION TO STRIKE ORDER

**THIS CAUSE** is before the court upon the parties' joint motion to strike the court's order on trial preparation and calendar call [DE # 42]. On January 27, 2010, the court stayed this action for thirty days so the parties could finalize their tentative settlement agreement. *See* DE # 39. The thirty day stay expired on February 26, 2010, with neither party moving to extend the stay or continue trial. Observing that the case was nearing a previously set trial calendar (April), the court, on February 25, 2010, issued an order on trial preparation and calendar call. That order was not sent in error. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1. The parties' joint motion to strike the court's order on trial preparation and calendar call [DE # 42] is **DENIED**.

2. The thirty day stay entered on January 27, 2010 is **LIFTED**.

**DONE** and **ORDERED** in Chambers in West Palm Beach, Florida, this 10th day of March, 2010.

_____
Daniel T. K. Hurley
U.S. District Judge

*Copies provided to counsel of record*