IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 08-81443-CV-HURLEY/HOPKINS**

SCS ALEXANDRE ET CIE d/b/a
PRETTY YOU MONACO,
a foreign corporation,

        Plaintiff,

vs.

LANA MARKS LTD, INC.,
a Florida Corporation,

        Defendant.
_____/

**JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff SCS ALEXANDRE ET CIE d/b/a PRETTY YOU MONACO ("Pretty You") and Defendant LANA MARKS LTD., INC. ("LM") by and through undersigned counsel hereby move the Court to enter the attached Order of Dismissal with Prejudice.

By: */s Phillip Dube*          By: */s John C. Dotterrer*
   Phillip Dube, Esq.                 John C. Dotterrer, Esq.
   Becker & Poliakoff, P.A.          John C. Dotterrer Counsellors at Law, P.A.
   3111 Stirling Road              125 Worth Avenue, Suite 310
   Ft. Lauderdale, FL 33312-6525    Palm Beach, FL 33480
   Telephone: (954) 987-7550        Telephone: (561) 802-3808
   Facsimile: (954) 985-4176         Facsimile: (561) 802-3318

*Attorneys for Pretty You Monaco*      *Attorneys for Lana Marks Ltd., Inc.*

**CERTIFICATE OF SERVICE AND FILING**

I hereby certify that on March 15, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. A true and correct copy of the foregoing will be served on: Phillip Dube, Esq., Becker & Poliakoff, P.A., 3111 Stirling Road, Ft. Lauderdale, FL 33312-6525, by transmission of Notices of Electronic Filing generated by CM/ECF to: pdube@becker-poliakoff.com.

By: */s John C. Dotterrer*
John C. Dotterrer
Florida Bar No.: 267260
Email: dottj@dottlaw.com