IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 08-81443-CV-HURLEY/HOPKINS**

SCS ALEXANDRE ET CIE d/b/a
PRETTY YOU MONACO,
a foreign corporation,

        Plaintiff,

vs.

LANA MARKS LTD, INC.,
a Florida Corporation,

        Defendant.
_____/

## **STIPULATED ORDER OF DISMISSAL**

The Parties, by and through their undersigned counsel, move for a dismissal with prejudice of the above styled case under the following terms:

1. All of Plaintiff's claims brought or which could have been brought in this action are hereby dismissed with prejudice.

2. Each party shall bear its own respective attorney's fees, costs, and expenses of this action.

| | |
|---|---|
| By: /s *Phillip Dube* | By: /s *John C. Dotterrer* |
| Phillip Dube, Esq. | John C. Dotterrer, Esq. |
| Becker & Poliakoff, P.A. | John C. Dotterrer Counsellors at Law, P.A. |
| 3111 Stirling Road | 125 Worth Avenue, Suite 310 |
| Ft. Lauderdale, FL 33312-6525 | Palm Beach, FL 33480 |
| Telephone: (954) 987-7550 | Telephone: (561) 802-3808 |
| Facsimile: (954) 985-4176 | Facsimile: (561) 802-3318 |
| *Attorneys for Pretty You Monaco* | *Attorneys for Lana Marks Ltd., Inc.* |

## **ORDER**

This action is hereby DISMISSED with prejudice. Each party shall bear its own respective attorney's fees, costs, and expenses of this action.

This Case, for statistical purposes, is CLOSED

DONE and ORDERED this _____ day of _____, 2010

_____
Honorable Daniel T. K. Hurley
United States District Court Judge

**cc:**   Honorable James M. Hopkins
United State Magistrate Judge

John C. Dotterrer, Esq.

Phillip Dube, Esq.