UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-81443-CIV-HURLEY/HOPKINS

SCS ALEXANDRE ET CIE,

    Plaintiff,

vs.

LANA MARKS LTD., INC.,

    Defendant.
_____/

## ORDER OF CLOSE OUT

**THIS CAUSE** is before the court upon the parties' joint stipulation for dismissal with prejudice [DE # 43] filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on March 15, 2010. There being nothing further for the court to resolve, it is hereby **ORDERED** and **ADJUDGED** that:

1. The joint stipulation [DE # 43] is **APPROVED**. All claims in this matter are **DISMISSED WITH PREJUDICE**.

2. Any pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. The Clerk of the Court shall enter the case as **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this _16_ day of March, 2010.

                                                    Daniel T. K. Hurley
                                                  United States District Judge

*Copies provided to counsel of record*